FILED 2010 AUG 20 PM 4:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00939 |
| Plaintiff, ) | |
| ) | **I N D I C T M E N T** |
| v. ) | |
| ) | [18 U.S.C. § 1014: False |
| MAN KI KIM, ) | Statement to Federally |
| ) | Insured Financial |
| Defendant. ) | Institution; 18 U.S.C. |
| ) | § 2(b): Causing an Act to be |
| ) | Done] |

The Grand Jury charges:

[18 U.S.C. §§ 1014; 2(b)]

On or about April 16, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant MAN KI KIM ("KIM") knowingly made and willfully caused to be made a false statement for the purpose of influencing the action of First Bank, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, as well as the action of the Small Business Administration ("SBA"), in connection with defendant KIM's application for a SBA-guaranteed

1 line of credit loan in the amount of approximately $170,000, in
2 that defendant KIM falsely checked the box "No" in response to
3 the question "Have you, the business, or its affiliates had a
4 previous SBA loan?", and falsely checked the box "No" in response
5 to the question "Have you, the business, or its affiliates ever
6 requested government financing?", when, in truth and in fact, as
7 defendant KIM then well knew, he had had a previous SBA loan, and
8 he had previously requested government financing by applying for
9 the previous SBA loan.

                              A TRUE BILL

                              /s/
                              Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

RANEE KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MARGARET L. CARTER
Assistant United States Attorney
Major Frauds Section