*Memorandum*

CR 10 00939



| Subj:<br>UNITED STATES v. MAN KI KIM | Date:<br>August 19, 2010 |
|---|---|

To: **TERRY NAFISI**
Clerk, United States District Court
Central District of California

From: Margaret L. Carter
Assistant United States Attorney
Criminal Division

The accompanying matter being filed on August 20, 2010,

\_\_\_\_ relates to     **X** does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

\_\_\_\_ relates to     **X** does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

MARGARET L. CARTER
Assistant United States Attorney

FILED 2010 AUG 20 PM 4:24 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA LOS ANGELES